# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wallace, Mark S. | United States Bankruptcy Court, Central Dist. of California | 5/10/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

411 West Fourth Street
Santa Ana, CA 92701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Revocable Trust #1 (no reportable assets) |
| 2. | Director | The Orange Rotary Charitable Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wallace, Mark S.** | 5/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | September 6-8, 2018 | Las Vegas, NV | 2018 Southwest Bankruptcy Conference | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wallace, Mark S.** | 5/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Advisors | Contingent liabilities for stocks sold short | J |
| 2. | Bank of America | Credit card | J |
| 3. | Chase Bank Visa Card | Credit card | J |
| 4. | ADM Investor Services, Inc. | Liabilities on commodity and futures positions in excess of cash posted for margin | J |
| 5. | US Bank | Credit card | J |
| 6. | Union Bank | Credit card | K |
| 7. | Chase Bank | Credit card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 5/10/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Advisors Money Market Fund | A | Dividend | K | T | | | | | |
| 2. US Treasury Bond | A | Interest | K | T | | | | | |
| 3. SDD units | | None | J | T | | | | | |
| 4. SRS units | A | Distribution | J | T | | | | | |
| 5. Wells Fargo Bank Deposit (x) | A | Interest | K | T | | | | | |
| 6. ABX common stock | A | Dividend | J | T | | | | | |
| 7. American Century Capital Preservation Fund | B | Dividend | J | T | | | | | |
| 8. American Century Global Gold Fund | A | Dividend | J | T | | | | | |
| 9. American Century Capital Preservation Fund | A | Dividend | M | T | Buy (add'l) | 06/18/18 | J | | |
| 10. UBS USA Deposit Account | A | Interest | K | T | | | | | |
| 11. XOM common stock | A | Dividend | K | T | | | | | |
| 12. Obsidian Energy | A | Dividend | J | T | | | | | |
| 13. GDX units | A | Distribution | J | T | | | | | |
| 14. NLY units | B | Dividend | J | T | | | | | |
| 15. ABX common stock | A | Dividend | J | T | | | | | |
| 16. COP common stock | A | Dividend | J | T | | | | | |
| 17. PSX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 5/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ECA common stock | A | Dividend | J | T | | | | | |
| 19. iShares TIPs Bond Fund | A | Distribution | K | T | | | | | |
| 20. US Treasury obligations | B | Interest | L | T | | | | | |
| 21. | | | | | Redeemed (part) | 01/15/18 | K | A | |
| 22. Federated Prudent Bear Fund | A | Distribution | J | T | Buy (add'l) | 02/05/18 | K | | |
| 23. PHYS units | | None | J | T | | | | | |
| 24. Physical gold | | None | K | T | | | | | |
| 25. US Double Eagle coins | | None | M | T | | | | | |
| 26. Physical silver | | None | J | T | | | | | |
| 27. Bank of America savings account | A | Interest | K | T | | | | | |
| 28. Bank of America checking account | A | Interest | K | T | | | | | |
| 29. Union Bank checking account | A | Interest | J | T | | | | | |
| 30. Chase Bank checking account | A | Interest | J | T | | | | | |
| 31. Chase Bank savings account | A | Interest | J | T | | | | | |
| 32. SDD units | | None | J | T | | | | | |
| 33. ABX common stock | A | Dividend | J | T | | | | | |
| 34. XOM common stock | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 5/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. US Treasury obligations | A | Interest | K | T | | | | | |
| 36. Federated Prudent Bear Fund | A | Distribution | K | T | | | | | |
| 37. Vanguard Ginnie Mae Fund | A | Distribution | K | T | | | | | |
| 38. Vanguard Inflation Index Fund | A | Distribution | K | T | | | | | |
| 39. Rydex Inverse S&P5002x Strategy Fund | A | Distribution | K | T | | | | | |
| 40. American Century Capital Preservation Fund | A | Distribution | L | T | | | | | |
| 41. UBS U.S. deposit account | A | Interest | K | T | | | | | |
| 42. GG common stock | A | Dividend | J | T | | | | | |
| 43. US. Treasury obligations | A | Interest | K | T | | | | | |
| 44. Dreyfus 100% USTreasury Money Market Fuind | A | Distribution | K | T | | | | | |
| 45. Fidelity US Treasury Money Market Fund | A | Distribution | K | T | | | | | |
| 46. Rydex US Government Money Market Fund | A | Distribution | J | T | | | | | |
| 47. Grizzly Short Fund | A | Distribution | L | T | Buy (add'l) | 02/05/18 | K | | |
| 48. Wells Fargo Bank Deposit Sweep | A | Interest | L | T | | | | | |
| 49. ADM Investor Services | A | Distribution | J | T | | | | | |
| 50. US Savings Bonds | A | Interest | K | W | | | | | |
| 51. Northwestern Whole Life Mutual Life Insurance Policy | A | Dividend | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 5/10/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. U.S. Treasury obligations | B | Interest | M | T | | | | | |
| 53. Prudent Bear Fund | A | Distribution | K | T | | | | | |
| 54. -20 PCLN common stock | | None | J | T | | | | | |
| 55. NEM common stock | A | Dividend | K | T | | | | | |
| 56. BGEIX units | A | Distribution | K | T | | | | | |
| 57. SGOL units | | None | J | T | | | | | |
| 58. NEM common stock | A | Dividend | J | T | | | | | |
| 59. SLV units | | None | K | T | | | | | |
| 60. -200 MAR common stock | | None | J | T | | | | | |
| 61. -20 CMG common stock | | None | J | T | | | | | |
| 62. -20 AZO common stock | | None | J | T | | | | | |
| 63. AVP common stock | A | Dividend | J | T | | | | | |
| 64. 1 June 2200 eMiniS&P Put | | None | | | Buy | 02/22/18 | J | | |
| 65. | | | | | Sold | 04/04/18 | J | A | |
| 66. 2 June 2200 eMiniS&P Put | | None | | | Buy | 02/27/18 | J | | |
| 67. | | | | | Sold (part) | 04/03/18 | J | A | |
| 68. | | | | | Expired (part) | 06/15/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 5/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. 1 June 2200 eMiniS&P Put | | None | | | Buy | 02/28/18 | J | | |
| 70. | | | | | Expired | 06/15/18 | J | A | |
| 71. 2 June eMiniS&P Put | | None | | | Buy | 03/13/18 | J | | |
| 72. | | | | | Expired | 06/15/18 | J | A | |
| 73. 2 June eMiniS&P Put | | None | | | Buy | 03/20/18 | J | | |
| 74. | | | | | Expired | 06/15/18 | J | A | |
| 75. 1 June eMiniS&P Put | | None | | | Buy | 03/27/18 | J | | |
| 76. | | | | | Expired | 06/15/18 | J | A | |
| 77. 400 FEYE | A | Dividend | J | T | Buy | 05/10/18 | J | | |
| 78. 100 ARRY | A | Dividend | J | T | Buy | 05/10/18 | J | | |
| 79. Jackson National Life Insurance Annuity (H) | | | | | | | | | |
| 80. JNL/Mellon Capital S&P 500 Index | A | Dividend | K | T | | | | | |
| 81. JNL/Mellon Capital Energy Sector | A | Dividend | | | Sold | 11/13/18 | J | A | |
| 82. JNL/BlackRock Global Natural Resources | A | Dividend | | | Sold | 11/13/18 | J | A | |
| 83. JNL/MC Nasdaq 100 Index | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 84. JNL/DFA US Core Equity | A | Dividend | J | T | Buy | 11/13/18 | J | | |
| 85. JNL/MC SmCapIndex | A | Dividend | J | T | Buy | 11/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 5/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JNL/T. Rowe Price Short-Term Bond | A | Dividend | J | T | Buy (add'l) | 11/13/18 | J | | |
| 87. 1 March sugar | | None | | | Buy | 11/20/18 | J | | |
| 88. | | | | | Sold | 12/10/18 | J | A | |
| 89. 1 December eMiniS&P | | None | | | Buy | 12/10/18 | J | | |
| 90. | | | | | Sold | 12/10/18 | J | A | |
| 91. 1 March copper | | None | J | T | Buy | 12/18/18 | J | | |
| 92. Orange Rotary Charitable Trust (H) | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 5/10/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wallace, Mark S. | 5/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Although I am a director of the Orange Rotary Charitable Trust ("ORCT"), neither I nor any member of my family is a beneficiary of the ORCT nor have I or any member of my family received any income from the ORCT. My service as a director is a community service for which I receive no compensation in any form. I am a member of the Rotary Club of Orange.

Some of the reported transactions are short sales. In such a transaction, the sale precedes the purchase. Gain or loss is realized when the short sale is closed out by purchasing the stock or commodity that was sold short. The audit function in the software fails to take these short sales into account and therefore generates a host of misleading "error" messages. For example, if a June emini S&P contract is sold on April 10, 2018 and bought on June 1, 2018, the transaction closes out on June 1, 2018 and nothing is owned as of the close of the reporting period on December 31, 2018. Short sales and short positions are denoted by a minus sign in front of the item being sold short, for example -20 PCLN common stock means that 20 shares of Priceline common stock was sold short. As of December 31, 2018, all my short positions in individual stocks were showing losses. None of the short sales generates any income, so there is a question as to whether I should be reporting short sales where there is no income and a loss position at the end of the year.

Certain assets generate no income during the reporting period. For example, precious metals generate no income unless sold. Stocks that are sold short (such as AZO) generate no income while held short.

Some of the reported transactions involve commodity, currency index or stock index futures contracts. In such a transaction, there is no "purchase price" as such. Instead, the buyer (or seller) posts cash margin to secure his promise to buy or sell at maturity. The liability on futures contracts can vary from day to day based upon daily price limits regarding how much a price for the underlying commodity, currency index or stock index can rise or fall in a single day. Some contracts have no limits. Therefore, the liability theoretically could be infinite. In actual practice, if a futures position moves against the holder, the brokerage company will issue a margin call requiring the holder to post additional cash margin within 24 to 72 hours of the call. If margin is not timely posted, the brokerage company will close out the position and bill the holder for the deficiency. For the avoidance of doubt, I had no commodities margin calls during 2018 and therefore listed the "liabilities" under Part VI of this Report as "J."

Also, please note that when securities are sold short and then closed out in not one but two (partial) transactions, there is no "buy (partial)" notation to elect. Therefore, I simply used "buy."

For open futures positions at the end of the year, if any, the unrealized gain or loss in the contract as of the close of business on December 31, 2018 is reported.

Revocable Trust #1 no longer has a beneficial interest in any assets. I continue to use this trust as a nominee so that I can distinguish between separate property and community property. (My deceased mother was previously the sole beneficiary under this trust).

Various individual stocks are sold short in my Wells Fargo Advisors securities account (for example, CMG, PCLN, etc.) This account is a margin account. If the stocks-sold-short positions were to significantly move against me, I could be required to post additional margin. This has never occurred in my case but is theoretically possible. Accordingly, I have listed this as a contingent liability in Part VI of this report.

In certain instances name changes have occurred. For example, ETFS Physical Swiss Gold changed its name to Aberdeen Standard Swiss Gold Shares ETF. Priceline (PCLN) changed its name to BKNG. The report retains the old names.

Regarding line 66, Part VII, this transaction involved the purchase of two S&P500eMini puts. One put was sold during 2018 as reported, one put expired in June 2018 as reported , no put was held at the end of the reporting period.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark S. Wallace**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544